UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                           No. C 15-2203 SI (pr)

IRVIN BRIGGS,                                          **ORDER OF DISMISSAL**

        Plaintiff.

_____/

Plaintiff sent to the court a letter complaining about prison conditions, possibly at the California Men's Colony in San Luis Obispo, and attached to which he included the first page from a state court form petition for writ of habeas corpus, listing Kern County Superior Court as the court in which it was pending. In an effort to protect his rights, a new action was opened and the letter was filed on May 15, 2015. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: June 30, 2015

_____
SUSAN ILLSTON
United States District Judge