UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                              No. C 15-2203 SI (pr)

IRVIN BRIGGS,                                              **JUDGMENT**

        Plaintiff.

_____/

        This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

        IT IS SO ORDERED AND ADJUDGED.

Dated: June 30, 2015                                        _____
                                                                                  SUSAN ILLSTON
                                                                                  United States District Judge